**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SANDRA SILER,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:26-cv-00298** |
| | § | |
| **TRAVELERS PERSONAL INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**DEFENDANT'S AMENDED RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Travelers Personal Insurance Company submits the following Amended Rule 7.1 Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation or any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

## I.
## Corporate Disclosure Statement

Travelers Personal Insurance Company is 100% owned by The Standard Fire Insurance Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. Based solely on shareholder filings with the Securities and Exchange Commission, no individual or corporation beneficially owns 10% or more of the outstanding common stock of The Travelers Companies Inc.

**II.**
**Certificate of Interested Persons**

1. Plaintiff Sandra Siler

2. Defendant Travelers Personal Insurance Company

**III.**
**Diversity Disclosure**

1. Plaintiff is domiciled in Texas. Therefore, Plaintiff is a citizen of Texas for diversity jurisdiction purposes.

2. Defendant is incorporated in the state of Connecticut with its principal place of business in Connecticut and is a citizen of Connecticut for diversity jurisdiction purposes.

Respectfully submitted,

*/s/ Alissa Puckett*
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2200 Ross Ave., Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
apuckett@qslwm.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing pleading has been furnished to Plaintiff's counsel of record via electronic mail in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules, this 30th day of June 2026.

Ron Adkison
Adkison Law Firm
300 West Main
Henderson, Texas 75652
Catherine@adkisonlawfirm.com

*/s/ Alissa Puckett*
Alissa Puckett